IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYLE RIVET, JEREMIAH HARRIET, JAMIE STEWART WILLIAMS, BRENT KAUFMAN, and RON BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>Defendant. | C.A. No. 2:12-cv-02992<br><br>Document Electronically Filed |

### FINAL ORDER AND JUDGMENT

Upon consideration of Plaintiffs' Motion for Final Approval of the Settlement, an Award of Attorneys' Fees and Expenses, Payment of the Settlement Administrator's Costs, and Enhancement Awards for the Named Plaintiffs, and the supporting papers and all proceedings had heretofore in this action, it is hereby **ORDERED** as follows:

1. The Settlement is **APPROVED** as a fair, reasonable, and adequate compromise of the claims against Defendant in this action pursuant to Federal Rule of Civil Procedure 23.

2. The parties have filed with the Court a declaration from the Settlement Administrator, Angeion, describing the work performed by the Settlement Administrator in sending notice of the Settlement. The Court finds that the notice provided to the Collective and State Law Class Members was in accordance with the Settlement Agreement and the Court's Order Granting Plaintiffs' Motion for Settlement Notice.

3. Class Counsel are qualified and experienced and have litigated this action successfully, thereby demonstrating their adequacy as counsel. The Court **APPROVES**

reasonable attorneys' fees in the amount of **$966,666.67** and reasonable expenses in the amount of **$93,679.56**. The Court finds these amounts are justified by the work performed, the risks taken, and the results achieved by Class Counsel.

4. The Settlement Administrator, Angeion Group, shall be responsible for administering the terms of the Settlement Agreement and handling all other work incidental to administering the Settlement. The Court **APPROVES** payment of **$26,661.00** for such services.

5. The Court **APPROVES** Enhancement Awards to Kyle Rivet, Jeremiah Harriet, Jamie Stewart Williams, Brent Kaufman, and Ron Bell in the amount, for each, of **$10,000.00**.

6. This case is **DISMISSED WITH PREJUDICE**.

7. The Court retains jurisdiction over any matters arising out of the Settlement or the Settlement Agreement.

DATED: 12/21/17

_____
Honorable Mark Falk
United States Magistrate Judge